**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mandy L. Post**
   Debtor(s)

Bankruptcy Case No.: 26–10051–JCM

Chapter: 13
Docket No.: 14 – 12

## CERTIFICATION

The undersigned Clerk of the above–entitled Court certifies that:

The above–captioned case was filed on **February 5, 2026** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **March 19, 2026** and failure to meet that deadline would result in the dismissal of the case.

As of **March 20, 2026,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

<u>Michael R. Rhodes</u>
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above–captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991–1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: March 20, 2026

<u>John C Melaragno</u>
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 26-10051-JCM |
|---|---|
| Mandy L. Post | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: 224 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mandy L. Post, 14405 State Highway 18, Harmonsburg, PA 16422 |
| 16634354 | | Autovest, LLC, 6261 Evergreen Rd Ste 390, Southfield, MI 48076 |
| 16634358 | + | Citizens Bank, N.A., PO Box 42111, Providence, RI 02940-2111 |
| 16634362 | #+ | Horizon Farm Credit, A, 45 Aileron Court, Westminster, MD 21157-3022 |
| 16634365 | + | Michael Andrews & Associates LLC, 26261 Evergreen Road, Suite 350, Southfield, MI 48076-4447 |
| 16634371 | + | Sharp Collections Inc., PO Box 81, 14 East Shenango Street, Sharpsville, PA 16150-1122 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16634353 | + | Email/Text: bknotices@acsrecovery.com | Mar 21 2026 01:12:00 | Associated Credit Services, PO Box 1201, Tewksbury, MA 01876-0901 |
| 16634355 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 21 2026 01:12:34 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 16638404 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 21 2026 01:12:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 16634356 | + | EDI: CAPITALONE.COM | Mar 21 2026 05:00:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16634357 | + | EDI: CITICORP | Mar 21 2026 05:00:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16634359 | + | Email/Text: mklemm@co.crawford.pa.us | Mar 21 2026 01:12:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 16634360 | + | EDI: DISCOVER | Mar 21 2026 05:00:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16634361 | + | Email/Text: kslater@eriefcu.org | Mar 21 2026 01:12:00 | Erie Federal Credit Union, Attn: Bankruptcy Dept, 3503 Peach Street, Erie, PA 16508-2741 |
| 16634363 | ^ | MEBN | Mar 21 2026 01:06:40 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 16634364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2026 01:14:30 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16637916 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2026 01:14:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16634367 | ^ | MEBN | Mar 21 2026 01:06:27 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |

District/off: 0315-1                              User: auto                                    Page 2 of 3

Date Rcvd: Mar 20, 2026                      Form ID: 224                              Total Noticed: 27

| 16634366 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 21 2026 01:12:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 16647001 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 21 2026 01:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16634368 | Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Mar 21 2026 01:12:00 | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 16644011 | + Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Mar 21 2026 01:12:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 16634369 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Mar 21 2026 01:14:26 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16637919 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 21 2026 01:14:30 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16634370 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | Mar 21 2026 01:12:00 | Progressive, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 16634372 | + Email/Text: Bankruptcy.Notices@stellantis-fs.com | | |
| | | Mar 21 2026 01:12:00 | Stellantis Financial Services, 3065 Akers Mill Rd SE, Suite 700, Atlanta, GA 30339-3124 |
| 16634373 | EDI: SYNC | | |
| | | Mar 21 2026 05:00:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Debtor Mandy L. Post dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |

District/off: 0315-1 User: auto Page 3 of 3

Date Rcvd: Mar 20, 2026 Form ID: 224 Total Noticed: 27

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 4